■ In the Matter of ROBERT M. MORGENTHAU, as District Attorney of New York County, Petitioner, v DANIEL P. FITZGERALD et al., Respondents.—Application for a writ of prohibi-

tion unanimously denied and the petition dismissed, without costs and without disbursements and without prejudice to an application by the District Attorney, before the trial court, for a protective order. No opinion. Concur—Murphy, P. J., Milonas, Kupferman and Rubin, JJ.